### 30666. BURKES v. THE STATE.

BROYLES, C. J. The present bill of exceptions containing no specific assignment of error on any final judgment in the case, this court is without jurisdiction to entertain the writ of error, and it must be and is                    *Dismissed.* *MacIntyre and Gardner, JJ., concur.*

DECIDED NOVEMBER 10, 1944. REHEARING DENIED DECEMBER 11, 1944.

*James R. Venable, Frank A. Bowers, Jackson L. Barwick,* for plaintiff in error.

*Lindley W. Camp, solicitor, John A. Boykin, solicitor-general, Guy Tyler, Durwood T. Pye,* contra.